1
2
3                                                        O
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11
12

| | |
|---|---|
| MIA MATTHIS; B.D. a minor, by and through her GUARDIAN AD LITEM MIA MATTHIS; K.W., a minor, by and through his GUARDIAN AD LITEM MIA MATTHIS; K.W., a minor, by and through her GUARDIAN AD LITEM MIA MATTHIS; JANICE BENTON; S.T., a minor, by and through his GUARDIAN AD LITEM JANICE BENTON; D.T., a minor, by and through his GUARDIAN AD LITEM JANICE BENTON; M.S., a minor, by and through his GUARDIAN AD LITEM JANICE BENTON; Z.W., a minor, by and through her GUARDIAN AD LITEM JANICE BENTON; CASSANDRA PERRY; N.P., a minor, by and through his GUARDIAN AD | Case No. CV 08-04789-VAP (RZx)<br><br>**ORDER GRANTING MOTION TO CLARIFY MINOR'S COMPROMISE ORDER**<br><br>**[Motion filed on February 5, 2013]** |

```
LITEM CASSANDRA PERRY;      )
T.F., a minor, by and       )
through his GUARDIAN AD     )
LITEM CASSANDRA PERRY,      )
                            )
            Plaintiffs,     )
                            )
     v.                     )
                            )
JOHN L. DALY, as TRUSTEE    )
OF THE JOHN L. DALY         )
FAMILY TRUST DATED MARCH    )
24, 1999, doing business    )
as THE LEMOLI              )
APARTMENTS; JAMISON         )
MANAGEMENT COMPANY; and     )
DOES 1-10,                  )
                            )
            Defendants.     )
_____
```

In an Order issued nunc pro tunc July 10, 2009, the Court approved a settlement award to minor K.W. and ordered that the funds were to be deposited in Plaintiff Mia Matthis's name, as trustee for K.W., in a blocked account at a federally insured bank or credit union, until K.W. attained the age of majority (Doc. No. 92).

On February 5, 2013, Plaintiff Mia Matthis, as Guardian Ad Litem for K.W., a minor, filed a Motion to Court to Issue New Order Re: Minor's Compromises ("Motion to Clarify Minor's Compromise") (Doc. No. 93).

Good cause appearing therefor, the Court hereby GRANTS Plaintiff's Motion issues the following clarification: The Court's Order issued nunc pro tunc July 10, 2009 directed the establishment of a blocked

1  account for the benefit of K.W.  The funds in the blocked
2  account are held for the benefit of K.W., and may be
3  released only to K.W. upon her attainment of the age of
4  majority.

7  Dated: March 5, 2013          _____
                                           VIRGINIA A. PHILLIPS
                                        United States District Judge